IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| STANLEY WILLIAMS, *Plaintiff*, v. KEANTE BUTTS, *Defendant*. | Case No. 5:24-cv-421-TES-CHW Proceedings Under 42 U.S.C § 1983 before the U.S. Magistrate Judge |

ORDER ADOPTING THE UNITED STATES
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the United States Magistrate Judge's Report and Recommendation ("R&R") [Doc. 23] to grant Defendant's motion for summary judgment [Doc. 17] and deny Plaintiff's motion for summary judgment [Doc. 21]. The parties have not filed a timely objection or sought an extension of time to file an objection within the 14-day period outlined in the magistrate judge's R&R. [Doc. 23 at p. 10]. Thus, the Court reviews the R&R for clear error. *See* 28 U.S.C. § 636(b)(1), *in connection with* Fed. R. Civ. P. 6(a)(1) & (d).

Having considered the R&R, the Court finds no clear enumeration of error and agrees with the findings and conclusions of the United States Magistrate Judge. Therefore, the Court **ADOPTS** the United States Magistrate Judge's R&R [Doc. 23] and

**MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **GRANTS**

Defendant's motion for summary judgment [Doc. 17] and **DENIES** Plaintiff's motion

for summary judgment [Doc. 21]. The Court directs the Clerk of Court to enter

judgment closing this case.

**SO ORDERED**, this 5th day of June, 2026.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**

2