IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| STANLEY WILLIAMS, | * |
| Plaintiff, | * |
| v. | Case No.  5:24-cv-00421-TES-CHW |
| | * |
| DEPUTY KEANTE BUTTS, | * |
| Defendant. | * |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated 6/5/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 8th day of June, 2026.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk